THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,

        Defendant.

3:21-CR-34
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 10th DAY OF MAY 2022, upon consideration of Defendant's "Motion to Suppress All Evidence Seized Pursuant to Unlawful Search Warrant" (Doc. 81) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Suppress All Evidence Seized Pursuant to Unlawful Search Warrant (Doc. 81) is **DENIED**;

2. As a result of this denial, no *Franks* Hearing will be held in conjunction with the Evidentiary Hearing scheduled for June 21, 2021, and no evidence will be suppressed based on the incorrect information contained in the May 2, 2018, Search Warrant.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge