THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-34 |
| | : (JUDGE MARIANI) |
| JAMES WILLIAMS, | : |
| | : |
| Defendant. | : |

ORDER

AND NOW, THIS 11th DAY OF MAY 2022, upon consideration of the Motion to Suppress Statements of Defendant (Doc. 45) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Suppress Statements of Defendant (Doc. 45) is **DENIED**;

2. As a result of this denial, the Motion will not be considered at the Evidentiary Hearing scheduled for June 21, 2021, and the statements made by Defendant on May 3, 2018, will not be suppressed.

Robert D. Mariani
United States District Judge