THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:21-CR-34 |
| | : (JUDGE MARIANI) |
| JAMES WILLIAMS, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 13th DAY OF JANUARY, 2023, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant James Williams' "Motion to Dismiss Indictment Due to Discovery Violation" (Doc. 43) is **DENIED**.

_____
Robert D. Mariani
United States District Judge